147 A.3d 400

**HULL, Andrew Stephen**

v.

**STATE of Maryland**

**Pet. Docket No. 320, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 1776, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

147 A.3d 400

**IN RE: HECTOR S.**

**Pet. Docket No. 321, Sept. Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 1228, Sept. Term, 2015).

Petition for writ of certiorari denied.